IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS, PEORIA DIVISION

| | |
|---|---|
| BRAHM INDUSTRIES, INC., ) | |
| ) | |
| Plaintiff, Counter-Defendant, ) | |
| ) | |
| SUPERIOR PLASTIC LLC, and ) | |
| ROSS VINCENT, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 05-CV-1381 |
| ) | |
| WILDWOOD INDUSTRIES, INC., ) | |
| ) | |
| Defendant, Counter-Claimant. ) | |

## **OPINION**

BYRON G. CUDMORE, U.S. MAGISTRATE JUDGE:

On June 10, 2008, this matter was reopened to enforce settlement. Suggestion of Bankruptcy (d/e 45) was filed on March 9, 2009. On December 7, 2009, the Court directed the parties to show cause why this case should not be dismissed because of the pending bankruptcy. The Court directed a response by December 18, 2009 or the Court would presume no objection and the case would be dismissed.

No responses have been filed as of today's date.  Therefore, this case is again CLOSED.  CLERK IS DIRECTED TO CLOSE THIS MATTER AS OF JUNE 29, 2010.

ENTER:    June 29, 2010

    FOR THE COURT:         *s/ Byron G. Cudmore*
                                                           _____
                                                                BYRON G. CUDMORE
                                                   UNITED STATE MAGISTRATE JUDGE